UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA FISCHER, formerly known as ALVINA BANNISTER,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, DITECH MORTGAGE CORPORATION, GREEN TREE SERVICING LLC, EVERBANK, and EVERHOME MORTGAGE COMPANY,<br><br>Defendants. | No. 1:16-cv-01558-DAD-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. No. 22) |

On April 4, 2017, the court held a hearing on defendants' pending motion to dismiss plaintiff Alvina Fischer's amended complaint. Plaintiff had failed to file any written opposition to the motion. At the hearing and at her request, the court granted plaintiff two week within which to file a written opposition to the motion to dismiss. (*See* Doc. No. 21.) On April 17, 2017, plaintiff filed a motion for an extension of time to file her opposition. (Doc. No. 22.) Specifically, plaintiff requests an extended deadline of June 2, 2017, in which to do so and explains that an opposition would "require extensive investigation, and consultation with various public officials of the State of California." (*Id.* at 1.) Plaintiff also vaguely references the closure of the federal law library due to budget and construction delays. (*Id.* at 2.) Plaintiff fails to

1

demonstrate how any of these explanations, even if true, are relevant to her inability to timely file an opposition brief regarding the sufficiency of her amended complaint. Moreover, plaintiff provides no justification for why an additional six-week extension is necessary.

Nevertheless, the court recognizes the challenges facing pro se litigants, and in the interests of justice, finds good cause to grant plaintiff a brief additional extension of time. Accordingly, plaintiff's deadline to file her written opposition to defendant's motion to dismiss is extended to **May 2, 2017**. Defendants shall file their reply, if any, by **May 9, 2017**. No further extensions of time will be granted for this purpose. Plaintiff is advised that in her opposition, she should address the arguments raised in defendants' motion to dismiss. To the extent plaintiff believes she can state cognizable claims by curing pleading deficiencies in her amended complaint, plaintiff is encouraged in her opposition to (1) request further leave to amend her complaint, and (2) explain to the court what *new or additional factual allegations* she plans to add in a second amended complaint. Doing so should not necessitate any additional legal research on plaintiff's part.

IT IS SO ORDERED.

Dated: __**April 20, 2017**__                                    _____
                                                                                  UNITED STATES DISTRICT JUDGE